**FILED**

December 15, 2023

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JAMES JOINSON,<br><br>Defendant. | Case No.  2:07-cr-00120-WBS-4<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release DANIEL JAMES JOINSON Case

No.  2:07-cr-00120-WBS-4  Charges 21 USC § 846 from custody for the following

reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

   x      Secured Appearance Bond $        $100,000.00 to be
                                           posted by
                                           defendant's wife,
                                           Jami Lee Joinson

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

   x      (Other): Release delayed until a secured bond is
          posted by 12/22/2023 and with terms as stated on the
          record. Following release, defendant must also report
          directly to the Pretrial Services Office on 501 I Street,
          2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00
          AM on 12/26/2023.

Issued at Sacramento, California on December 15, 2023 at 4:00

PM Dated:  December 15, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE