THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Email: taj@tomjohnsonlaw.com
Attorney for Daniel Joinson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:07-cr-00120-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED |
| | ) | ORDER TO REVOKE DEFENDANT |
| v. | ) | JOINSON'S ORDER OF RELEASE |
| | ) | |
| DANIEL JAMES JOINSON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## **STIPULATION**

1. On December 15, 2023, Magistrate Judge Deborah Barnes granted defendant DANIEL JAMES JOINSON'S request for pretrial release pending the defendant posting a secured appearance bond of $100,000 (ECF 262).

2. The defendant was unable to post the secured appearance bond due to financial reasons and has remained in custody.

3. DANIEL JAMES JOINSON, by and through his counsel, THOMAS A. JOHNSON, and the United States Government, by and through its counsel, HEIKO P. COPPOLA, Assistant United States Attorney, hereby stipulate that the order of release is to be revoked and the defendant will continue to remain in custody for the course of the pretrial proceedings.

1  DATE: June 3, 2024

2  /s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
3  Attorney for Daniel Joinson

4

5  DATED: June 3, 2024

PHILLIP A. TALBERT
6  United States Attorney

7  /s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
8  Assistant U.S. Attorney

9
10  **IT IS SO ORDERED.**

11  Dated: June 3, 2024

12

13

14  _____
DEBORAH BARNES
15  UNITED STATES MAGISTRATE JUDGE

16  Hon Magistrate Judge Deborah Barnes