MICHELE BECKWITH
Acting United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL JAMES JOINSON,<br><br>Defendant. | CASE NO. 2:07-CR-120-11 WBS<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING; FINDINGS AND ORDER<br><br>DATE: June 2, 2025 at 10:00 a.m.<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby agree and stipulate as follows:

1. By previous order, this matter was set for Judgment and Sentencing on June 2, 2025 at 10:00 a.m..

2. By this stipulation, the parties now move to continue Judgement and Sentencing until June 9, 2025 at 10:00am. The Courtroom Deputy advises that this date is available.

3. The parties agree and stipulate that sentencing memoranda for this matter shall be filed no later than June 2, 2025.

//

//

//

STIPULATION OF THE PARTIES CONTINUING JUDGMENT AND SENTENCING.

1

IT IS SO STIPULATED.

Dated: May 23, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ HEIKO P. COPPOLA
HEIKO P. COPPOLA
Assistant United States Attorney

Dated: May 23, 2025

/s/ THOMAS A. JOHNSON
THOMAS A. JOHNSON
Counsel for Defendant
DANIEL JAMES JOINSON

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 27, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE