UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

JUN 09 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:07CR00120-04 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **DANIEL JAMES JOINSON,** ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **DANIEL JAMES JOINSON**   Case 2:07CR00120-04 WBS from custody for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond secured by Real Property

___   Corporate Surety Bail Bond

**X**   (Other)  Defendant was sentenced to a term of TIME SERVED.

Issued at Sacramento, CA on June 9, 2025 at 2:50 p.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing